# EXHIBIT A

**2021  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

**FILED**
**2021**
**Secretary of State**

DOCUMENT#

**Entity Name:**

**Current Principal  Place of Business:**

FL

**Current Mailing Address:**

FL

**FEI Number:**                                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                          Date

**Officer/Director Detail :**

| | | |
|---|---|---|
| Title | P, T, D | Title | VP, S |
| Name | | Name | |
| Address | | Address | |
| City-State-Zip: | | City-State-Zip: | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE:                                                          PRESIDENT                    2021

Electronic Signature of Signing Officer/Director Detail                                          Date