# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DCP MIDSTREAM MARKETING, LLC** | § § § § | |
| *Plaintiff / Counter-Defendant*, | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-01795 |
| | § | |
| **NEXTERA ENERGY MARKETING, LLC** | § § § | |
| | § | |
| *Defendant / Counter-Plaintiff*. | § | |

___

### JOINT MOTION TO DISMISS WITH PREJUDICE
___

Plaintiff/Counter-Defendant DCP Midstream Marketing, LLC ("DCP") and Defendant/Counter-Plaintiff NextEra Energy Marketing, LLC ("NEM") (collectively, the "Parties") file this Joint Motion to Dismiss with Prejudice, and show the Court as follows:

All disputes and controversies between the Parties have been resolved. The Parties therefore request that the Court dismiss the above-entitled and numbered cause with prejudice to the re-filing of same, including all claims and counterclaims, with costs to be taxed against the Party incurring same.

Dated:   December 23, 2021                    Respectfully submitted,

**ARNOLD & PORTER LLP**

By: */s/ Katherine G. Treistman*
Katherine G. Treistman
Maurice Sayeh
ARNOLD & PORTER
700 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 576-2400
Katherine.Treistman@arnoldporter.com
Maurice.Sayeh@arnoldporter.com
Timothy R. Macdonald
Colin O'Brien
ARNOLD & PORTER
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
(303) 863-1000
Timothy.Macdonald@arnoldporter.com
Colin.Obrien@arnoldporter.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT DCP MIDSTREAM MARKETING, LLC**

**LOCKE LORD LLP**
By: */s/ David E. Harrell, Jr.*
David E. Harrell, Jr.
*Attorney-in-charge*
Texas State Bar No. 00793905
SDTX ID No. 19392
dharrell@lockelord.com
Alicia Castro
Texas State Bar No. 24069705
SDTX ID No. 2192250
acastro@lockelord.com
Mia Lorick
Texas State Bar No. 24091415
SDTX ID No. 2470736
mia.lorick@lockelord.com

Claire Armstrong
Texas State Bar No. 24105440
SDTX ID No. 3150985
claire.armstrong@lockelord.com
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 223-3713 (Telecopy)

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF NEXTERA ENERGY MARKETING, LLC**